**Opinion issued September 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00574-CV

————————————

**RESTAURANT PARTNERSHIP OF CENTRAL TEXAS, LP AND APPLE HOUSTON RESTAURANTS, INC., Appellants**

**V.**

**WEST OAKS OWNER, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1031554**

---

## MEMORANDUM OPINION

Appellants, Restaurant Partnership of Central Texas, LP and Apple Houston Restaurants, Inc., have filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.